TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
KATHERINE B. WATSON, WA 51525
Special Assistant United States Attorney
       Program Litigation 1
       Social Security Administration | Law & Policy
       6401 Security Boulevard
       Baltimore, MD 21235
       Telephone: (206) 315-2139
       Katherine.Watson@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BRADLEY RYAN STEINBRENNER,<br><br>              Plaintiff,<br><br>       vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 2:26-CV-04000-RAO<br><br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 06/23/2026

Rozella a. Oli

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE